JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
AMERICA ALEJANDRA QUINTANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:13-cr-0004 LJO-SKO |
| *Plaintiff,* | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | DATE: March 18, 2013 |
| AMERICA ALEJANDRA QUINTANA, | TIME: 1:00 P.M. |
| *Defendant.* | JUDGE: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for February 19, 2013, **may be continued to March 18, 2013 at 1:00 p.m. before Magistrate Sheila K. Oberto.**

This continuance is at the request of defense counsel as defense needs more time in preparation of this case. The government is currently providing defense with some additional requested discovery. Defense will need time to review that discovery with client. The parties would also like the time to continue in plea negotiations.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for

///

effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

          Respectfully submitted,

          BENJAMIN B. WAGNER
          United States Attorney

DATED: February 12, 2013    By:  /s/ Melanie Alsworth
          MELANIE ALSWORTH
          Assistant United States Attorney
          Attorney for Plaintiff

          JOSEPH SCHLESINGER
          Acting Federal Defender

DATED: February 12, 2013    By:  /s/ Charles J. Lee
          CHARLES J. LEE
          Assistant Federal Defender
          Attorneys for Defendant
          AMERICA ALEJANDRA QUINTANA

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:  February 12, 2013**        **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE