1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-0004-LJO |
|---|---|
| Plaintiff, | JOINT STIPULATION TO CONTINUE SUPPRESSION HEARING; AND ORDER |
| v. | |
| AMERICA ALEJANDRA QUINTANA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties and through their respective attorneys of record that the suppression hearing in the above-captioned matter now scheduled for July 22, 2013, at 10:00 a.m. may be rescheduled to July 29, 2013 at 10:30 a.m.

This continuance is at the request of the parties to ensure availability of necessary witnesses.

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served in granting such a continuance outweigh the best interests of the public and defendant in a speedy trial.

///

///

///

1

IT IS SO STIPULATED.

DATED: July 16, 2013          /s/ Melanie L. Alsworth
                              MELANIE L. ALSWORTH
                              Assistant United States Attorney

DATED: July 16, 2013          /s/ Charles Lee
                              CHARLES LEE
                              Attorney for Defendant

DATED: July 16, 2013          /s/ Janet Bateman
                              JANET BATEMAN
                              Attorney for Defendant

                              Attorneys for Defendant America Alejandra Quintana

## ORDER

IT IS SO ORDERED this 16th day of July, 2013.

                              /s/ Lawrence J. O'Neill
                              HONORABLE LAWRENCE J. O'NEILL
                              UNITED STATES DISTRICT COURT JUDGE