HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
JANET BATEMAN, Bar #241210
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
America Alejandra Quintana

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICA ALEJANDRA QUINTANA,<br><br>Defendant. | Case No. 1:13-cr-00004 LJO-SKO<br><br>STIPULATION ORDER TO ADVANCE STATUS CONFERENCE<br><br>DATE: October 28, 2013<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Lawrence J. O' Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for November 4, 2013, before Magistrate Roberto may be advanced to October 28, 2013 at 8:30 a.m. before Judge O'Neill. The parties have reached an agreement on this case and Ms. Quintana wishes to enter her plea.

                                                Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: October 23, 2013          By:    /s/ Melanie Allworth_____
                                                      MELANIE ALSWORTH
                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff

|   |   |   |
|---|---|---|
|   | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: October 23, 2013 | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>AMERICA ALEJANDRA QUINTANA |

**O R D E R**

IT IS SO ORDERED.

Dated: **October 23, 2013**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE